

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2016

No. 04-15-00551-CV

Richard Matthew **VILLARREAL**,
Appellant

v.

Rebecca L. **VILLARREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file reply brief is hereby GRANTED. Time is extended to May 16, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court